IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KATHLEEN and HAROLD BLICK, *Plaintiffs,* v. JP MORGAN CHASE BANK, N.A. *et al.* *Defendants.* | No. 3:12–cv–00001 <u>ORDER</u> JUDGE NORMAN K. MOON |

For the reasons articulated in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (docket no. 6) is hereby GRANTED. Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all parties of record, and to strike this matter from the Court's docket.

Entered this  27th  day of March, 2012.

                                                  NORMAN K. MOON
                                                  UNITED STATES DISTRICT JUDGE